# PAT BONANNO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

175 MAIN STREET
SUITE 507
WHITE PLAINS, NY 10601

TOLL FREE 24-HOUR SERVICE
(800) 778-9PBA

DIRECT DIAL: (914) 948-5545
FACSIMILE: (866) 777-1418

222 CHURCH STREET
POUGHKEEPSIE, NY 12601

1 RIVERDALE AVENUE
SUITE 1
BRONX, NY 10463

REPLY ABOVE ☒

REPLY ABOVE ☐

REPLY ABOVE ☐

February 21, 2025

**APPLICATION GRANTED**
**SO ORDERED:**
_/s/ Vincent L. Briccetti_
Vincent L. Briccetti, U.S.D.J.
Dated: 2/21/2025
White Plains, NY

BY ECF

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   US v. Jared Rothstein
      Docket No. 23CR 410 (VLB)

Dear Judge Briccetti:

We respectfully request permission of the Court for return of Mr. Rothstein's passport from Pre-Trial Services.

We have confirmed from Pre-Trial Services Officer Madelyn Toledo, Mr. Rothstein's newly assigned Probation Officer, Alicia Black, and the Government, that all have no objection to return of Mr. Rothstein's passport and consent to same.

Thank you for your consideration in this matter. Should you or your staff have any questions or concerns, please contact me at the telephone number listed above.

Respectfully,

Pat Bonanno & Associates, P.C.

By: Pat Bonanno, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/25