# PAT BONANNO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

175 MAIN STREET
SUITE 507
WHITE PLAINS, NY 10601

TOLL FREE 24-HOUR SERVICE
(800) 778-9PBA

DIRECT DIAL: (914) 948-5545
FACSIMILE: (866) 777-1418

222 CHURCH STREET
POUGHKEEPSIE, NY 12601

REPLY ABOVE ☐

1 RIVERDALE AVENUE
SUITE 1
BRONX, NY 10463

REPLY ABOVE ☐

REPLY ABOVE ☐

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/25

---

**APPLICATION GRANTED**
Mr. Rothstein may travel from the United States to Portugal from May 21 to June 2, 2025. The Probation Department is authorized in its discretion to handle any future travel requests without having to seek court approval.
SO ORDERED:

*/s/ Vincent Briccetti*

Vincent L. Briccetti, U.S.D.J.
5/5/2025

---

BY ECF

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: US v. Jared Rothstein
Docket No. 23CR 410 (VLB)

Dear Judge Briccetti:

At the suggestion of Probation Officer Alicia Black, we respectfully request permission of the Court for Mr. Rothstein to travel from the United States to Portugal leaving May 21, 2025, and returning June 2, 2025.

We have confirmed that Probation Officer Black has "no objections" to the instant request.

Further the Government has responded "[I]f Mr. Rothstein has been in full compliance with his conditions and Officer Black has no objection, the government also has no objection."

Thank you for your consideration in this matter. Should you or your staff have any questions or concerns, please contact me at the telephone number listed above.

Respectfully,

Pat Bonanno & Associates, P.C.

By: Pat Bonanno, Esq.

PB/rh

cc: AUS. Jeffrey Coffman (by email)
  AUSA James McMahon (by email)
  Hon. Alicia Black (by email)
  Mr. Jared Rothstein (by email)